UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 21  AM 9 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOHNNIE B. WILSON,

    Plaintiff,

v.                                                       Cv. No. 03-2517-Ma

OVERNITE TRANSPORTATION COMPANY,

    Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed April 12, 2005. Each party shall bear its own costs and fees.

APPROVED: _/s/_____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

April 20, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_Earline Drayer_
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02517 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Thomas R. Brice
MCGUIREWOODS, LLP
50 No. Laura St.
Ste. 3300
Jacksonville, FL 32202--366

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Ed M. Hurley
HURLEY & ROYAL
3540 Summer Ave.
Ste. 411
Memphis, TN 38122

Honorable Samuel Mays
US DISTRICT COURT